UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Marla Jean Huisman,

Plaintiff,

vs.

Retek, Inc., and Retek Information Services, Inc.,

Defendants.

Civil Action No. 01-CV-1268 DDA/FLN

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the time for Defendants to answer or otherwise respond to the Complaint in this matter is extend up to and including August 17, 2001.

Date: July 27, 2001.

George R. Wood
**LITTLER MENDELSON**
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANTS**

FILED 8-2-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: July 31, 2001.

James H. Kaster (#53946)
Tiffany A. Sanders (#260514)
**NICHOLS, KASTER & ANDERSON, PLLP**
4644 IDS Center
Minneapolis, Minnesota 55402
Telephone: 612.338.1919

**ATTORNEYS FOR PLAINTIFFS**

**ORDER**

Pursuant to the attached stipulation, IT IS HEREBY ORDERED that the time within which Defendants may answer or otherwise respond to the Complaint in this matter is extend up to and including August 17, 2001.

Dated: August 2, 2001

BY THE COURT:

HONORABLE FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

MINNEAPOLIS:26355.1 039205.1002
07/27/01 1:15 PM