UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marla Jean Huisman,

Plaintiff,

v.

**STIPULATION AND ORDER OF DISMISSAL**

Retek Inc. a Delaware Corporation,
and Retek Information Systems, Inc.,
a Delaware corporation,

Defendants,

Court File No. 01-CV-1268 (DDA/FLN)

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties, by their representative attorneys, agree and stipulate as follows:

1. The Complaint in this matter may be fully and finally dismissed by Order of the Court.

2. Dismissal of the Complaint shall be without prejudice and without costs or attorney's fees to any party.

DATED: 9/20/01

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster # 53946
Tiffany A. Sanders #260514
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919
Facsimile: (612) 338-4878

ATTORNEYS FOR PLAINTIFF

DATED:

LITTLER MENDELSON

George R. Wood #166017
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

ATTORNEYS FOR DEFENDANT

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the Stipulation of the parties and Fed. R. Civ. P. 41(a)(1), it is hereby ORDERED that the Complaint in this matter is fully and finally dismissed without prejudice and without costs or attorney's fees to any party.

Donald D. Alsop
United States District Court Judge

September 24, 2001